UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY R. MILLER,<br><br>            Plaintiff,<br><br>     v.<br><br>PALOMAR HEALTH DBA<br>PALOMAR POMERADO HEALTH,<br>AMCOL SYSTEMS, INC.,<br>DAWNA SILVER, AND DOES 1<br>THROUGH 10, INCLUSIVE,<br><br>            Defendants. | Case No. EDCV 13-00540-VAP (OPx)<br><br>**JUDGMENT AS TO DEFENDANT PALOMAR HEALTH** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Palomar Health (erroneously sued as Palomar Health dba Palomar Pomerado Health) is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>August 21, 2013</u>         _____
                                  VIRGINIA A. PHILLIPS
                                  United States District Judge